■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JESSIE LEE WILLIAMS, Appellant. — Judgment unanimously affirmed. Memorandum: Defendant on appeal from his conviction for grand larceny, third degree, argues that the trial court erroneously ruled admissible for impeachment purposes certain prior bail forfeitures and convictions relating to public intoxication incidents which had occurred 11 and 12 years earlier (see *People v Sandoval,* 34 NY2d 371, 376). Defendant did not take the stand. In our opinion the ruling was error because of the remoteness in time of the offenses (see *People v Sandoval, supra,* p 376; *People v Daniels,* 77 AD2d 745) coupled with the limited probative value of the type of offense involved (see *People v Sandoval, supra,* p 377). We note that the court properly admitted other more recent convictions, one of which was for assault, second degree. We conclude, then, that there is little likelihood that the error prompted defendant's decision not to testify or otherwise caused prejudice (see *People v Daniels, supra.*) In view of the overwhelming evidence against defendant — the eyewitness testimony of two police officers — any error in the ruling would have been harmless (see *People v Shields,* 46 NY2d 764; *People v Crimmins,* 36 NY2d 230). There is no basis for reversal in the other points raised on appeal. (Appeal from judgment of Monroe Supreme Court, Kennedy, J. — grand larceny, third degree.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ CATHOLIC CHARITIES OF THE ROMAN CATHOLIC DIOCESE OF SYRACUSE, Respondent, v ROBERT BARBER et al., Appellants. — Order unanimously affirmed, without costs. (See *Matter of O'Rourke v Kirby,* 54 NY2d 8.) (Appeal from order of Onondaga County Family Court, McLaughlin, J. — custody — adoption.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Schnepp, JJ.

■ JOHN E. MONTREAL, Appellant, v JOSEPH A. LONGO, as Candidate for Supervisor, Town of Geddes, et al., and RICHARD A. ROMEO et al., Constituting the Board of Elections of the County of Onondaga, Respondents. — Order unanimously affirmed, without costs. (Appeal from order of Onondaga Supreme Court, McLaughlin, J. — Election Law.) Present — Dillon, P. J., Hancock, Jr., Doerr, Denman and Schnepp, JJ. (Order entered Oct. 30, 1981.)

■ In the Matter of JAMES L. KEMP, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE SEVENTH JUDICIAL DISTRICT, Petitioner. — Resignation accepted and name stricken from roll of attorneys. Present — Dillon, P. J., Simons, Hancock, Jr., Callahan and Doerr, JJ.

■ In the Matter of ROBERT J. SCHUTRUM, JR. — Order entered terminating suspension and reinstating petitioner as an attorney and counselor at law. Present — Dillon, P. J., Simons, Hancock, Jr., Moule and Schnepp, JJ.